UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-27657 |
| Kathy S Grogan | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO AUTHORIZE LOAN MODIFICATION**

Having read the MOTION TO AUTHORIZE LOAN MODIFICATION, heard the arguments of counsel, and found that due notice has been provided, the Court hereby orders as follows:

The Debtor, Kathy S Grogan, is authorized to modify the mortgage loan securing her real property located at 2139 Wilson Creek Cir, Aurora, IL 60503 according to the following terms:

Loan Amount not to exceed: $172,280.96
Loan term: 360 months
Loan Rate: 3.750%
Loan Payment: $1,829.27

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: September 08, 2017

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600