**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Case No.: 14-04244 et al. |
| Gabriela Radosav | Chapter: 13 |
| AND ATTACHED LIST OF CASES | Judge Deborah L. Thorne |

## AGREED SUBSTITUTION OF ATTORNEY

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Gloria Tsotsos formerly with Codilis & Associates, P.C., hereby agrees that ATTORNEY PETER C. BASTIANEN, Codilis & Associates, P.C. hereby substitutes in and appears as counsel for lender **JPMorgan Chase Bank, National Association** and Gloria Tsotsos formerly of Codilis & Associates, P.C. withdraws her appearance from the case and the parties agree as follows:

| COUNSEL APPEARANCE WITHDRAWN: | COUNSEL SUBSTITUTING AND APPEARING: |
|---|---|
| Gloria Tsotsos | Peter C. Bastianen |
| formerly Codilis & Associates, P.C. | Codilis & Associates, P.C. |
| 15W030 North Frontage Road, Suite 100 | 15W030 North Frontage Road, Suite 100 |
| Burr Ridge, IL 60527 | Burr Ridge, IL 60527 |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

AGREED TO BY BOTH PARTIES:

/s/ Gloria Tsotsos                                    /s/ Peter C. Bastianen

RESPECTFULLY SUBMITTED

/s/ Peter C. Bastianen

April 23, 2019

NOTE: This law firm is a debt collector.

14-15-14220

Attached List of Cases:

| BK CASE # | DEBTOR(S) |
|---|---|
| 14-04244 | Gabriela Radosav |
| 13-36576 | Lilia Guerrero |
| 14-09632 | Derek James Bury |
| 14-29721 | Taft H Dukes and Lillie Mae Dukes |
| 14-30280 | Paul Michael Callahan and Deborah Ann Callahan |
| 14-31963 | Joe A Bass, Jr. |
| 14-34382 | Margrette David |
| 14-83639 | Roland E Lischalk |
| 15-04453 | Rosie A. Nichols |
| 15-19411 | Antonio Brown |
| 15-21245 | Lloyd F Pesek and Mary Pesek |
| 15-24445 | Salvador Sotelo |
| 15-27522 | Anthony Kirk |
| 15-31939 | Joe F Jenkins and Yvonne Marie Jenkins |
| 15-32294 | Daniel Candelario and Angela Marie Candelario |
| 15-34451 | William E Polka and Donna M Polka |
| 15-40118 | Sara Dichma |
| 15-41475 | Dayna Marie Fritzler |
| 15-41823 | Michael William Fleischman and Suzanne Marie Fleischman |
| 15-80433 | Carrie F. Distrito and Edwin B. Distrito |
| 15-80998 | Ruth Ophelia Simpson |
| 15-81306 | Deborah K. Bolin |
| 15-81470 | Jason E. Keith and Amy L. Keith |
| 15-81839 | Dineshwar Varma and Anita Varma |
| 16-09077 | Beverly A Montgomery |
| 16-12192 | Jennifer Shylonn Hicks |
| 16-16396 | Monique Hampton |
| 16-20545 | Randy R Barber and Vickie R Barber |
| 16-21046 | Nanyamka Patrick-Hinton |
| 16-24050 | Saul Corral, Sr. and Elizabeth Corral |
| 16-24143 | Miriam Gonzalez |
| 16-27657 | Kathy S Grogan |
| 16-28005 | Shannon Ringold |
| 16-31907 | Maria Christina Puentes |
| 16-32837 | Evergito G Herrera and Constance Alison Herrera |
| 16-33660 | Ricardo S Huicochea |
| 16-35812 | TaraShaun Renee Cain |
| 16-40468 | Shaun Ebner and Amber Ebner |
| 16-80519 | Ryan Richard Pearse and Megan Kathleen Pearse |

| | |
|---|---|
| 16-80911 | Diane Rosemary Meisinger |
| 16-81043 | Esteban Avitia and Maria G Avitia |
| 16-81638 | Kenneth B Devine and Jennie R. Devine |
| 16-81687 | John L Toohey and Christine F Toohey |
| 16-82184 | Gregory Rios Centeno and Glendaliz Rios |
| 16-82400 | Andrew John Frommer and Amanda Jayne Frommer |