**Fill in this information to identify the case:**

Debtor 1 Kathy S Grogan

Debtor 2 ____________________
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois (Eastern Division)

Case number 16-27657

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no.** (if known): ____________________

**Date of payment change:** Must be at least 21 days after date of this notice 10/01/2019

**New total payment:** Principal, interest, and escrow, if any $1870.45

**Last 4 digits** of any number you use to identify the debtor's account: 6 8 0 6

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

- ☐ No
- ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment: $** 991.27 **New escrow payment: $** 1072.59

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

- ☑ No
- ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:** ________% **New interest rate:** ________%

**Current principal and interest payment:** $ ________ **New principal and interest payment:** $ ________

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

- ☑ No
- ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change:

**Current mortgage payment: $** ________ **New mortgage payment: $** ________

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/Tina R. Lyons, a/k/a Tina Lyons — Date 08/28/2019
Signature

Print: Tina R. Lyons, a/k/a Tina Lyons (First Name, Middle Name, Last Name)

Title: Vice President

Company: JPMorgan Chase Bank, N.A.

Address: Chase Records Center Attn: Correspondence Mail (Number, Street)
700 Kansas Lane, Mail Code LA4-5555 (Address 2)
Monroe (City) LA (State) 71203 (ZIP Code)

Contact phone: 866-243-5851

Email: PCN_Escalations@chase.com

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois (Eastern Division)

Chapter 13 No. 16-27657
Judge: Honorable Judge Pamela S. Hollis

In re:
Kathy S Grogan

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before August 30, 2019 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid

Kathy S Grogan
2139 Wilson Creek Circle

Aurora IL 60503

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Debtor's Attorney:

By U.S. Postal Service First Class Mail Postage Prepaid

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.

Skokie IL 60076

By U.S. Postal Service First Class Mail Postage Prepaid

N/A

Trustee:

By U.S. Postal Service First Class Mail Postage Prepaid

Glenn B Stearns
Trustee
801 Warrenville Road Suite 650

Lisle IL 60532

/s/Tina R. Lyons, a/k/a Tina Lyons

Vice President
JPMorgan Chase Bank, N.A.



Customer Service Center 1-800-848-9136
Monday - Friday 8 a.m. - 12 a.m.(ET)
Saturday 8 a.m. - 8 p.m. (ET)
Hearing Impaired (TDD) 1-800-582-0542

01420 ECA Z 22119 C - BRE ESH
KATHLEEN GROGAN
2139 WILSON CREEK CIR
AURORA, IL 60503-3608

## Escrow: Taxes and Insurance Statement

| | |
|---|---|
| Loan Number | |
| Statement Date | 08/09/2019 |
| Review Period | 12/2018 to 09/2019 |
| **Escrow Shortage** | **$743.12** |

## Important Message

For more information about escrow, visit **chase.com/ManageMyMortgage.**

If you are in bankruptcy or have been given a discharge for your bankruptcy, this letter is for information only. This letter is not an attempt to collect a debt. It is not an attempt to collect, assess or recover all or part of the debt from you. If a bankruptcy trustee is making your payments for you, please give a copy of this statement to the trustee.

Your escrow shortage amount does not include any actual shortage that might have been included before you filed for bankruptcy.

## Monthly Home Loan Payment

| | Current Payment | New Payment Effective 10/01/2019 |
|---|---|---|
| Principal & Interest | $797.86 | $797.86 |
| Escrow Account Deposit | $991.27 | $1,053.03 |
| Plus: Account Balancer/Shortage | $0.00 | $19.56 |
| **Total Payment Amount** | **$1,789.13** | **$1,870.45** |

Chase automatic mortgage payment customers: If your mortgage payment amount changes after an escrow analysis, we'll adjust your payment for you. **Other online bill payment service or military allotment customers:** If your mortgage payment changes after an escrow analysis, you will need to contact your financial services provider to adjust your payment.

## Summary

**Your escrow account is short $743.12.**

There are many possible reasons for your shortage. Some common reasons include: increases in property taxes and/or insurance premiums, tax reassessments, insurance carrier changes, due date changes, fewer than expected escrow deposits. For more information, call us at the number listed above.

Your escrow account will fall $743.12 short of the minimum required balance of $0.00 in the next 12 months.

**You have three options to pay the shortage:**

**Option 1:** **Pay All of the shortage now.**
Use the Escrow Shortage Payment Coupon below. If you pay all of your shortage by 10/01/19, your monthly mortgage payment will be $1,850.89 starting 10/01/19.

**Option 2:** **Pay part of the shortage now.**
Use the coupon below. The part you don't pay now will be divided evenly and added to your mortgage payment each month. You will see the adjusted amount due in your next statement.

**Option 3:** **Pay nothing now.**
The $743.12 will be divided among the next 38 months. We will add $19.56 to your monthly mortgage payments. Your new monthly payment will be $1,870.45 starting 10/01/19.

▼ Please detach and return the bottom portion of this statement with your payment using the enclosed envelope. ▼

CHASE

KATHLEEN GROGAN

| | |
|---|---|
| Loan Number | |
| Statement Date | 08/09/2019 |
| **Escrow Shortage** | **$743.12** |

**Important: Please return this coupon with your check.**

CHASE
PO BOX 78420
PHOENIX AZ 85062-8420

## Escrow Payment Options

I understand that my taxes and/or insurance has increased and that my escrow account is short $743.12. I have enclosed a check for:

☐ **Option 1:** $743.12, the total shortage amount. I understand that if this is received by 10/01/19 my monthly mortgage payment will be $1,850.89 starting 10/01/19.

☐ **Option 2:** $ ______________, part of the shortage. I understand that the rest of the shortage will be divided evenly and added to my mortgage payment each month.

☐ **Option 3:** You do not need to do anything if you want to have all of your shortage divided evenly among the next 38 months.

Make your check payable to Chase and please include your loan number on your check.

## Balancing Your Escrow Account

There needs to be enough money in your escrow account to pay your property taxes and/or insurance. To do that, federal law allows us to require that you keep a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. However, the minimum balance requirement has been waived for your account.

The payments made to and from your escrow account last year help predict your account activity for next year. This year's activity also helps predict what your lowest account balance is likely to be.[1]

To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to pay a shortage or if we need to give you a surplus refund.

| | |
|---|---|
| $0.00 | Your minimum required balance |
| $-743.12 | Your estimated lowest account balance for 2020[1] |
| **$743.12** | **Your escrow account shortage** |

[1]See the "Estimated Escrow Account Activity" chart in this statement.

## Escrow Account History

The chart below compares this year's activity on your escrow account with our estimates. The estimated amounts came from your last escrow account review.

- Your most recent mortgage payment due was $1,789.13. Your mortgage payment includes principal and interest $797.86 and escrow money $991.27.
- At the time of your last escrow account review, your expected lowest balance was $0.00. The chart below shows that your actual lowest escrow balance was $-10,136.91.

Note: changes in property taxes or insurance premiums create the difference between the estimated and actual amounts in the chart. An "E" in the chart below means expected activity that hasn't occurred yet.

*Indicates a difference between the estimated and actual amounts.

### This Year: December 2018 to September 2019

| Date | Activity | Estimated Amount | Actual Amount | | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|
| | Starting Balance | | | | $2,532.83 | $1,254.17 |
| 12/2018 | Deposit<br>Withdrawal - FHA RISK BAS | $1,008.28<br>$164.03 | $991.27<br>$0.00 | *<br>* | $3,377.08 | $2,245.44 |
| 12/2018 | Withdrawal - FHA RISK BAS | | $164.03 | * | $3,377.08 | $2,081.41 |
| 01/2019 | Deposit<br>Withdrawal - FHA RISK BAS | $1,008.28<br>$164.03 | $0.00<br>$0.00 | *<br>* | $4,221.33 | $2,081.41 |
| 01/2019 | Withdrawal - FHA RISK BAS | | $164.03 | * | $4,221.33 | $1,917.38 |
| 02/2019 | Deposit<br>Withdrawal - FHA RISK BAS | $1,008.28<br>$164.03 | $-5,036.63<br>$0.00 | *<br>* | $5,065.58 | $-3,119.25 |
| 02/2019 | Withdrawal - FHA RISK BAS | | $164.03 | * | $5,065.58 | $-3,283.28 |
| 02/2019 | Withdrawal - HOMEOWNER IN | | $1,374.00 | * | $5,065.58 | $-4,657.28 |
| 03/2019 | Deposit<br>Withdrawal - FHA RISK BAS | $1,008.28<br>$164.03 | $3,965.08<br>$0.00 | *<br>* | $5,909.83 | $-692.20 |
| 03/2019 | Withdrawal - HOMEOWNER IN | $1,297.00 | $0.00 | * | $4,612.83 | $-692.20 |
| 03/2019 | Withdrawal - FHA RISK BAS | | $164.03 | * | $4,612.83 | $-856.23 |
| 04/2019 | Deposit<br>Withdrawal - FHA RISK BAS | $1,008.28<br>$164.03 | $0.00<br>$164.03 | * | $5,457.08 | $-1,020.26 |
| 05/2019 | Deposit<br>Withdrawal - FHA RISK BAS | $1,008.28<br>$164.03 | $-3,965.08<br>$0.00 | *<br>* | $6,301.33 | $-4,985.34 |
| 05/2019 | Withdrawal - COUNTY TAX | $4,417.04 | $4,671.96 | * | $1,884.29 | $-9,657.30 |
| 05/2019 | Withdrawal - FHA RISK BAS | | $159.87 | * | $1,884.29 | $-9,817.17 |

(Continued)



**Escrow: Taxes and Insurance Statement**

| | |
|---|---|
| Loan Number | |
| Statement Date | 08/09/2019 |
| Review Period | 12/2018 to 09/2019 |
| **Escrow Shortage** | **$743.12** |

01420 ECA Z 22119 C - BRE ESH
KATHLEEN GROGAN
2139 WILSON CREEK CIR
AURORA, IL 60503-3608

## This Year: December 2018 to September 2019 (continued)

| Date | Activity | Estimated Amount | Actual Amount | | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|---|
| 06/2019 | Deposit | $1,008.28 | $0.00 | * | | |
| | Withdrawal - FHA RISK BAS | $164.03 | $0.00 | * | $2,728.54 | $-9,817.17 |
| 06/2019 | Withdrawal - FHA RISK BAS | | $159.87 | * | $2,728.54 | $-9,977.04 |
| 07/2019 | Deposit | $1,008.28 | $0.00 | * | | |
| | Withdrawal - FHA RISK BAS | $164.03 | $0.00 | * | $3,572.79 | $-9,977.04 |
| 07/2019 | Withdrawal - FHA RISK BAS | | $159.87 | * | $3,572.79 | $-10,136.91 |
| 08/2019 | Deposit | $1,008.28 | $14,246.42 | E | | |
| | Withdrawal - FHA RISK BAS | $164.03 | $0.00 | E | $4,417.04 | $4,109.51 |
| 08/2019 | Withdrawal - COUNTY TAX | $4,417.04 | $4,671.96 | E | $0.00 | $-562.45 |
| 08/2019 | Withdrawal - FHA RISK BAS | | $159.87 | * | $0.00 | $-722.32 |
| 09/2019 | Deposit | $1,008.28 | $1,032.23 | E | | |
| | Withdrawal - FHA RISK BAS | $164.03 | $159.87 | E | $844.25 | $150.04 |
| 10/2019 | Deposit | $1,008.28 | $0.00 | * | | |
| | Withdrawal - FHA RISK BAS | $164.03 | $0.00 | * | $1,688.50 | $0.00 |
| 11/2019 | Deposit | $1,008.28 | $0.00 | * | | |
| | Withdrawal - FHA RISK BAS | $164.03 | $0.00 | * | $2,532.75 | $0.00 |
| | Total Deposits | $12,099.36 | $11,233.29 | | | |
| | Total Withdrawals | $12,099.44 | $12,337.42 | | | |
| | Account Balance as of 09/2019 | | | | | $150.04 |

## Expected Escrow Account Activity

The chart below estimates your escrow account balance for the next 12 months with your new monthly escrow account deposit of $1,053.03 and any anticipated withdrawals. The chart shows that you will reach your estimated lowest account balance of $-743.12 in August 2020 (highlighted below). That is $743.12 short of your minimum required balance of $0.00.

## Next Year: October 2019 to September 2020

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | | $150.04 |
| 10/2019 | Deposit | $1,053.03 | | | |
| | Withdrawal - FHA RISK BAS | $159.87 | | $1,043.20 | |
| 11/2019 | Deposit | $1,053.03 | | | |
| | Withdrawal - FHA RISK BAS | $159.87 | | $1,936.36 | |
| 12/2019 | Deposit | $1,053.03 | | | |
| | Withdrawal - FHA RISK BAS | $159.87 | | $2,829.52 | |
| 01/2020 | Deposit | $1,053.03 | | | |
| | Withdrawal - FHA RISK BAS | $159.87 | | $3,722.68 | |
| 02/2020 | Deposit | $1,053.03 | | | |
| | Withdrawal - FHA RISK BAS | $159.87 | | $4,615.84 | |
| 03/2020 | Deposit | $1,053.03 | | | |
| | Withdrawal - FHA RISK BAS | $159.87 | | $5,509.00 | |
| 03/2020 | Withdrawal - HOMEOWNER IN | $1,374.00 | | $4,135.00 | |
| 04/2020 | Deposit | $1,053.03 | | | |
| | Withdrawal - FHA RISK BAS | $159.87 | | $5,028.16 | |
| 05/2020 | Deposit | $1,053.03 | | | |
| | Withdrawal - FHA RISK BAS | $159.87 | | $5,921.32 | |
| 05/2020 | Withdrawal - COUNTY TAX | $4,671.96 | | $1,249.36 | |
| 06/2020 | Deposit | $1,053.03 | | | |
| | Withdrawal - FHA RISK BAS | $159.87 | | $2,142.52 | |

**(Continued)**

## Next Year: October 2019 to September 2020 (continued)

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| 07/2020 | Deposit<br>Withdrawal - FHA RISK BAS | $1,053.03<br>$159.87 | | $3,035.68 | |
| 08/2020 | Deposit<br>Withdrawal - FHA RISK BAS | $1,053.03<br>$159.87 | | $3,928.84 | |
| 08/2020 | Withdrawal - COUNTY TAX | $4,671.96 | | $-743.12 | |
| 09/2020 | Deposit<br>Withdrawal - FHA RISK BAS | $1,053.03<br>$159.87 | | $150.04 | |
| | Total Estimated Deposits | $12,636.36 | | | |
| | Total Estimated Withdrawals | $12,636.36 | | | |
| | Estimated Account Balance as of September 2020 | | | $150.04 | |

## Expected Escrow Account Payments

This section reflects the escrow activity that is expected to occur in the next 12 months. The "Total Tax and Insurance Monthly Payment Amount" at the bottom of this chart is your new monthly escrow deposit, as listed on page 1 of this statement.

| Tax | | | Insurance | | |
|---|---|---|---|---|---|
| **Item** | **Annual Expense** | **Anticipated Date(s) of Payment** | **Item** | **Annual Expense** | **Anticipated Date(s) of Payment** |
| COUNTY TAX | $4,671.96 | May 20 | FHA RISK BAS | $159.87 | October 19 |
| COUNTY TAX | $4,671.96 | August 20 | FHA RISK BAS | $159.87 | November 19 |
| | | | FHA RISK BAS | $159.87 | December 19 |
| | | | FHA RISK BAS | $159.87 | January 20 |
| | | | FHA RISK BAS | $159.87 | February 20 |
| | | | FHA RISK BAS | $159.87 | March 20 |
| | | | HOMEOWNER IN | $1,374.00 | March 20 |
| | | | FHA RISK BAS | $159.87 | April 20 |
| | | | FHA RISK BAS | $159.87 | May 20 |
| | | | FHA RISK BAS | $159.87 | June 20 |
| | | | FHA RISK BAS | $159.87 | July 20 |
| | | | FHA RISK BAS | $159.87 | August 20 |
| | | | FHA RISK BAS | $159.87 | September 20 |

**Total Tax and Insurance Monthly Payment Amount = $1,053.03**



A QUICK GUIDE TO UNDERSTANDING YOUR

# Annual Escrow Analysis



**Current Monthly Mortgage Payment**

**New Monthly Mortgage Payment**

**Escrow Account Summary**

This section shows that your escrow account has a shortage and explains your options. You can make a one-time payment now, pay part of the shortage now or have the shortage payment spread evenly across next year's mortgage payments.

**Escrow Shortage Coupon**

Use this coupon if you mail a full or partial payment of your escrow shortage. You can also pay all or part of your shortage at **chase.com.**

**Escrow Account History**

The activity for your escrow account from the past year is shown here, along with what we estimated your payments would be. Most shortages occur because taxes and/or insurance were higher than what was projected on your last year's escrow analysis.

**Expected Escrow Activity for Next Year**

We've calculated what we expect your escrow account balance will be for the coming year, based on your current tax and insurance expenses.

**Expected Escrow Payment for Next Year**

These are the tax and/or insurance amounts we expect to pay in the next 12 months, and when we expect to pay them. If you elect to pay your shortage in monthly payments over the next year, that amount will also be included in your monthly mortgage payments. If you believe information is missing or incorrect, please call us at 1-800-848-9136.

01710 Page 1 of 4

CHASE

| Customer Service Center | 1-800-848-9136 |
|---|---|
| Monday - Thursday | 8 a.m. - midnight (ET) |
| Friday | 8 a.m. - 10 p.m. (ET) |
| Saturday | 8 a.m. - 5 p.m. (ET) |
| TTY | 1-800-582-0542 |

chase.com

12345 ABCD12345 ABC DEF
JONATHAN A. DOE
12345 STREET ADDRESS
SUITE #
CITY, STATE ZIP CODE

**Escrow: Taxes and Insurance Statement**

| | |
|---|---|
| Loan Number | |
| Statement Date | 08/14/2012 |
| Review Period | 10/2011 to 09/2012 |
| **Escrow Shortage** | **$9.23** |

**Why am I getting this statement?**

You are getting this statement because you have an escrow account. That is a special account that we provide for you to pay your property taxes and/or insurance. It is also known as an Annual Escrow Account Disclosure Statement. With an escrow account, you pay a portion of your taxes and/or insurance monthly instead of once or twice a year. Monthly, part of your monthly mortgage payment goes into your escrow account. When your taxes and/or insurance premiums are due, we pay those bills for you with the money in your escrow account.

Once a year, we are required by law to review your escrow account. This statement includes the results of our review. It includes a history of the activity on your account this year and the activity expected for next year.

**Monthly Home Loan Payment**

| | Current Payment | New Payment Effective 10/01/2012 |
|---|---|---|
| Principal & Interest | $916.89 | $916.89 |
| Escrow Account Deposit | $340.36 | $340.09 |
| Plus: Account Balance/Shortage | $0.00 | $0.77 |
| **Total Payment Amount** | **$1,257.25** | **$1,257.75** |

For more information about escrow, visit **chase.com/ManageMyMortgage.**

Chase automatic mortgage payment customers: If your mortgage payment amount changes after an escrow analysis, we'll adjust your payment for you. Other online bill payment service or military allotment customers: If your mortgage payment changes after an escrow analysis, you will need to contact your financial services provider to adjust your payment.

**Summary**

**Your escrow account is short $9.23.**

There are many possible reasons for your shortage. Some common reasons include: increases in property taxes and/or insurance premiums, tax reassessments, insurance carrier changes, due date changes, fewer than expected escrow deposits. For more information, call us at the number listed above.

Your escrow account will fall $9.23 short of the minimum required balance of $432.18 in the next 12 months.

Because your shortage is less than or equal to $25, we will divide the $9.23 among the next 12 months. Your new monthly payment will be $1,257.75 starting 10/01/2012.

You do not need to make any additional payments. Keep this statement for your records.

CHASE

| | |
|---|---|
| Loan Number | |
| Statement Date | 08/14/2012 |
| **Escrow Shortage** | **$172.49** |

**Important: Please return this coupon with your check.**

CHASE
PO BOX 78420
PHOENIX AZ 85062-8420

**Escrow Payment Options**

I understand that my taxes and/or insurance has increased and that my escrow account is short $172.49. I have enclosed a check for:

☐ **Option 1:** $172.49, the total shortage amount. I understand that if this is received by 10/01/12 my monthly mortgage payment will be $4,879.58 starting 10/01/12.

☐ **Option 2:** $ ______, part of the shortage. I understand that the rest of the shortage will be divided evenly and added to my mortgage payment each month.

☐ **Option 3:** You do not need to do anything if you want to have all of your shortage divided evenly among the next 12 months.

Make your check payable to Chase and please include your loan number on your check.

**Escrow Account History**

The chart below compares this year's activity on your escrow account with our estimates. The estimated amounts came from your last escrow account review.

- Your last mortgage payment was $1,257.25. Your mortgage payment includes principal and interest $916.89 and escrow money $340.36.
- At the time of your last escrow account review, your expected lowest balance was $431.26. The chart below shows that your actual lowest escrow balance was $-259.45.

Note: changes in property taxes or insurance premiums create the difference between the estimated and actual amounts in the chart. An "E" in the chart below means expected activity that hasn't occurred yet.

*Indicates a difference between the estimated and actual amounts.

**Expected Escrow Account Activity**

The chart below estimates your escrow account balance for the next 12 months with your new monthly escrow account deposit of $340.09 and any anticipated withdrawals. The chart shows that you will reach your estimated lowest account balance of $422.95 in March 2013 (highlighted below). That is $9.23 short of your minimum required balance of $432.18.

**Next Year: October 2012 to September 2013**

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | | $826.43 |
| 10/2012 | Deposit<br>Withdrawal - PMI | $340.09<br>$124.00 | | $1,042.52 | |
| 11/2012 | Deposit<br>Withdrawal - PMI | $340.09<br>$124.00 | | $1,258.61 | |
| 12/2012 | Deposit<br>Withdrawal - PMI | $340.09<br>$124.00 | | $1,474.70 | |
| 12/2012 | Withdrawal - COUNTY TAX | $774.27 | | $700.43 | |

**Expected Escrow Account Payments**

This section reflects the escrow activity that is expected to occur in the next 12 months. The "Total Tax and Insurance Monthly Payment Amount" at the bottom of this chart is your new monthly escrow deposit, as listed on page 1 of this statement.

| Tax | | | Insurance | | |
|---|---|---|---|---|---|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | Annual Expense | Anticipated Date(s) of Payment |
| COUNTY TAX | $774.27 | December 12 | PMI | $124.00 | October 12 |
| | | | PMI | $124.00 | November 12 |
| | | | PMI | $124.00 | December 12 |
| | | | PMI | $124.00 | January 13 |
| | | | PMI | $124.00 | February 13 |
| | | | PMI | $124.00 | March 13 |
| | | | HOMEOWNER IN | $925.75 | March 13 |
| | | | PMI | $124.00 | April 13 |
| | | | PMI | $124.00 | May 13 |
| | | | PMI | $124.00 | June 13 |
| | | | PMI | $124.00 | July 13 |
| | | | PMI | $124.00 | August 13 |





## FREQUENTLY ASKED QUESTIONS

**Why am I getting an Escrow Analysis?**

We run your Escrow Analysis annually so you know the amount of taxes and/or insurance we paid for you this past year with funds from your escrow account. We also include what we expect to pay next year.

**What is an escrow minimum balance?**

For most accounts, the minimum required balance is equal to two months of escrow payments. This minimum balance helps cover any increases in your taxes and/or insurance over the next year.

**Why does my account have a shortage?**

We calculate your monthly escrow payment for the year based on your tax and/or insurance payment amounts at the time your analysis is run. Shortages most frequently occur when your taxes and/or insurance increase during the year. We pay the higher amount due for you. This can create a shortage because we're paying out more than we expected.

**What do I need to do about this shortage?**

You have options:

- You can pay all of the shortage now.
- You can pay part of the shortage now.
- We can spread the shortage payment evenly across next year's mortgage escrow payments.
- Please note that your escrow payment may still go up, even if you pay all of the shortage, if your tax and/or insurance expenses have gone up.

## ESCROW RESOURCES

- To use our interactive tool and understand how paying part or all of an escrow shortage affects your account, visit **chase.com/EscrowAnalysis.**
- For answers to more questions and to watch our informational video, visit **chase.com/Escrow.**
- Schedule a payment for all or part of your escrow shortage at **chase.com.**
- To stay informed about activity from your escrow account throughout the year, sign up for free escrow alerts at **chase.com/Alerts.**

EQUAL HOUSING LENDER ©2015 JPMorgan Chase & Co.