UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 16-27657 |
| --- | --- | --- |
| Kathy S Grogan | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

**ORDER AUTHORIZING DISBURSEMENT OF FUNDS & SHORTEN NOTICE**

THIS MATTER coming to be heard on the MOTION TO AUTHORIZE DISBURSEMENT OF FUNDS & SHORTEN NOTICE, the court having jurisdiction, with due notice having been given to all parties in interest,
IT IS HEREBY ORDERED:

1. CA Casulty Insurance is authorized to disburse insurance funds of $2,996.60 to the Debtor.

Enter:

Honorable William V. Altenberger
United States Bankruptcy Judge

Dated: November 22, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600