UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Kathy S Grogan<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   16-27657<br><br>Chapter:  13<br>Honorable LaShonda Hunt<br>Joliet |

**ORDER ON MOTION TO VACATE PAYROLL CONTROL ORDER**

Upon Motion of the Debtor, no responsive pleading having been filed or objection within the time required, IT HEREBY ORDERED:

1. The Debtor's Motion to Vacate the Payroll Order entered on, September 1, 2016. [doc. 11], is granted.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  March 13, 2020

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600